UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00098-GNS-RSE

CAROL ROTH                                                                                                          PETITIONER

v.

ADAM P. ROGERS,
Director of Industry Operations,
Louisville Field Division,
Bureau of Alcohol, Tobacco, Firearms, and Explosives                          RESPONDENT

## JUDGMENT

This matter having come before the Court on Respondent's Motion for Summary Judgment (DN 25), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Respondent consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

May 3, 2024

cc:    counsel of record