No. 24-5533

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 5, 2025
KELLY L. STEPHENS, Clerk

CAROL ROTH,

    Petitioner-Appellant,

v.

ADAM P. ROGERS, Director of Industry
Operations, Bureau of Alcohol Tobacco Firearms
and Explosives,

    Respondent-Appellee.

Before: MOORE, COLE, and GRIFFIN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Louisville.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED, the motion to substitute is DENIED AS MOOT, the May 3, 2024 judgment of the district court is VACATED, and this matter is REMANDED to the district court with instructions to dismiss the petition.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk